FILED

FEB - 8 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRENT W. SINGLETON,<br>22711 carter moir ln.<br>Katy,tx.77449<br>281-347-6649           Plaintiff,<br>vs.<br><br>DEPARTMENT OF THE ARMY<br>101 pentagon, Rm 3E560<br>Wa D.C. 20310-0101,and<br>DEPARTMENT OF VETERAN AFFAIRS,<br>810 Vermont N. W.<br>WA D.C. 20420<br>Federal Government Agencies,<br><br>                              Defendants. | NO:<br><br>COMPLAINT<br>CASE NUMBER 1:07CV00303<br><br>JUDGE: Ellen Segal Huvelle<br><br>DECK TYPE: Civil Rights (non-employm<br><br>DATE STAMP: 02/8/2007 |

**Comes now the Plaintiff,BRENT SINGLETON(hereinafter Plaintiff),appearing pro-se,pursuant to U.S.C. §1346(b)(1),alleges asfollows:**

## *I.     PARTIES - JURISDICTION*

1. Plaintiff Brent Singleton is a resident of Katy, Texas, an Army veteran, and is thereby subject to the

COMPLAINT -                                                                                  Brent Singleton
                                                                                              22711 Carter Moir Lane    2
                                                                                              Katy, Texas 77449

1

1. jurisdiction of this Court.

2. Defendant, Department of the Army (hereinafter Army) is a federal government agency, authorized to do and doing business in the District of Columbia, and thereby subject to the jurisdiction of this Court.

3. Defendant, Department of the Veteran's Affairs (hereinafter VA) a federal government agency, authorized to do and doing business in the District of Columbia, and thereby subject to the jurisdiction of this Court.

II.

1. That the Department of the Army failed to grant Plaintiff a proper military retirement and discriminated against Plaintiff disallowing his rightful disability/retirement status.

. That on or about 1990, Plaintiff was enlisted in the Army where, while on duty, was moving lockers with another soldier. This was to be done to enable the floors to be cleaned. While moving the locker with the other soldier who was carrying the front of the locker slipped and let go of his grip on the front of the locker. The locker fell towards Plaintiff, and in an effort to not be hit by the locker, fell over the stair rails, and landed on the ground injuring his lower back, neck, head, both hips, and the back of his foot.

As a result, Plaintiff was forced to end his military career by the Army court-martialing him seven (7) times because he was not able to carry out any physical duties as he did prior to the accident, thereby discriminating against Plaintiff for injuries he received while on duty with the Army.

That the Army failed to properly provide health care for the injuries sustained while on duty with the Army. In addition, the Army failed to respond to a Superior Court case # 03-2-11970-4 brought by Plaintiff.

2. That the VA discriminated against Plaintiff in failing to provide timely and effective treatments on the basis of his being court-martialed by the Army, were incompetent in their treatment, and committed

medical malpractice in failing to properly diagnose and treat Plaintiff's injuries. As a result of this malpractice, incompetent treatment, and discrimination, Plaintiff has been forced to endure unrelenting and continuous personal injuries including knee pain, shoulder pain and dislocation, ankle pain, and swelling of those areas, and Plaintiff has thereby sustained personal and general damages. In addition, VA failed to respond to Plaintiff's Superior Court action # 03-2-11970-4.

3. That Plaintiff's business, BWS Construction, has been a complete loss as a result of his injuries sustained and exacerbated due to incompetent treatment due to the accident while on duty with the Army on or about 1990.

## III. SPECIAL ALLEGATIONS

1. That the Army denied Plaintiff his rightful military retirement, disability benefits, and failed to comply with the Ten Year Rule.

2. That the VA failed to respond to Plaintiff's Superior Court action and thereby denied Plaintiff his constitutional rights.

WHEREFORE, Plaintiff now prays for judgment against The Department of the Army and Department of Veteran Affairs, jointly and severally, for personal injuries sustained, discrimination, lack of compliance to the Ten Year Rule, failure to provide Plaintiff with duly earned military retirement and disability compensation, and violating Plaintiff's constitutional rights, and personal and general damages in the amount of $36,000,000.00, or an amount to be proven at trial, plus back pay from 1993 to-date due and owing from the Department of Veteran's Affairs, plus pre-judgment interest, plus reasonable attorney's fees and/or paralegal fees, plus costs and disbursements incurred herein and pray for damages as shall be determined by the trier of fact, and other and such further relief as the court deems just and equitable.

DATED THIS 2 day of Feb. 2007

BRENT SINGLETON, Plaintiff, Pro se
COMPLAINT -

Brent Singleton
22711 Carter Moir Lane
Katy, Texas 77449

4

# CIVIL COVER SHEET

JS-44
(Rev.1/05 DC)

L
07-303
ESH

## I (a) PLAINTIFFS
BRENT W. SINGLETON

### DEFENDANTS
Dept. of Army AND Dept. OF Veteran Affairs

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF 88888
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
BRENT W. SINGLETON  281-347-6649
22711 Carter Moir Ln, Katy Tx. 77449

CASE NUMBER  1:07CV00303
JUDGE: Ellen Segal Huvelle
DECK TYPE: Civil Rights (non-employm
DATE STAMP: 02/08/2007

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☐ 3 Federal Question (U.S. Government Not a Party)
☒ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZEN FOR PLAINTIFF

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

### ☐ A. Antitrust
☐ 410 Antitrust

### ☒ B. Personal Injury/Malpractice
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☒ 360 Other Personal Injury
☒ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

### ☐ C. Administrative Agency Review
☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

Other Statutes
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ☐ D. Temporary Restraining Order/Preliminary Injunction

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

## ☐ E. General Civil (Other) OR ☐ F. Pro Se General Civil

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food & Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act)

(4)

| ☐ G. *Habeas Corpus/2255*<br>☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ H. *Employment Discrimination*<br>☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ I. *FOIA/PRIVACY ACT*<br>☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ J. *Student Loan*<br>☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
|---|---|---|---|
| ☐ K. *Labor/ERISA (non-employment)*<br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☒ L. *Other Civil Rights (non-employment)*<br>☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☒ 446 Americans w/Disabilities-Other | ☐ M. *Contract*<br>☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ N. *Three-Judge Court*<br>☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**
☒ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify) ☐ Multi district Litigation ☐ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
42 USC 12181 Am. w/ Disabilities

**VII. REQUESTED IN COMPLAINT** CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 ☐ DEMAND $ 36,000,000 Check YES only if demanded in complaint JURY DEMAND: ☐ YES ☒ NO

**VIII. RELATED CASE(S) IF ANY** (See instruction) N.F ☐ YES ☒ NO If yes, please complete related case form.

DATE 02-05-07 SIGNATURE OF ATTORNEY OF RECORD [signature]

### INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I. COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

N:\forms\js-44.wpd



U.S. DISTRICT COURT
NANCY MAYER WHITTINGTON, CLERK
FEB - 8 2007
RECEIVED