# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

**RECEIVED**

MAR 1 5 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Brent W. Singleton
Plaintiff(s)

vs

Department of the Army et al
Defendant(s)

Case Number: 1:07CV00303 ESH

## AFFIDAVIT OF SERVICE

I, Alex M. Hernandez, hereby certify that on March 12, 2007 at 12:50 PM, I executed service of process upon **LAKESHA CARROLL, DOCKET CLERK, AUTHORIZED TO ACCEPT SERVICE OF US ATTORNEY** at 501 3rd Street #4500, Washington, DC 20001, by delivering to and leaving with personally, copies of Summons in a Civil Case, Notice of right to Consent to Trial Before a United States Magistrate Judge, Complaint Initial Electronic Case Filing Order, Electronic Case Files Attorney/Participant Registration Form.

LaKesha Carroll is described as a Black Female, approximately 5' 5" tall, 180-190 pounds, Brown eyes, Black hair, and 38 years of age. The undersigned further certifies that my place of business is: 808 L Street SE, Suite B, Washington, DC 20003-3629; that I am 42 years of age, Date of Birth 12/1/64; and that I am not a party to this action.

The cost of service is $50.00

I declare under the penalty of perjury under the laws of the United States of America that the foregoing information is true and correct. Executed on March 12, 2007.

Date March 12, 2007.

_____
Alex M. Hernandez


WASHINGTON, THE DISTRICT OF COLUMBIA
Subscribed and sworn to before me on March 12, 2007.

_____
My Commission Expires: 10-31-2011

Ref.# 75867

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

BRENT W. SINGLETON

V.

DEPARTMENT OF THE ARMY, ETAL

SUMMONS IN A CIVIL CASE

CASE NUMBER 1:07CV00303

JUDGE: Ellen Segal Huvelle

DECK TYPE: Civil Rights (non-employm

DATE STAMP: 02/8/2007

TO: (Name and address of Defendant)

U.S. ATTORNEY
501 3RD. ST. N.W.
WASHINGTON, D.C. 20001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF PRO SE (name and address)

BRENT W. SINGLETON
22711 CARTER MOIR LANE
KATY, TEXAS 77449

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON
CLERK

FEB - 8 2007
DATE

(By) DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

Brent W. Singleton
Plaintiff(s)

vs

Case Number: 1:07CV00303 ESH

Department of the Army et al
Defendant(s)

## AFFIDAVIT OF SERVICE

I, Alex M. Hernandez, hereby certify that on March 6, 2007 at 2:45 PM, I executed service of process upon **WILLO T. LEE, GCII, AUTHORIZED TO ACCEPT SERVICE OF US ATTORNEY GENERAL'S OFFICE** at Department of Justice Room 4400, 950 Pennsylvania Ave NW, Washington, DC 20530, by delivering to and leaving with personally, copies of Summons in a Civil Case, Notice of right to Consent to Trial Before a United States Magistrate Judge, Complaint Initial Electronic Case Filing Order, Electronic Case Files Attorney/Participant Registration Form.

Willo T. Lee is described as a Black Female, approximately 5' 5" tall, 140-150 pounds, Brown eyes, Black hair, and 52 years of age. The undersigned further certifies that my place of business is: 808 L Street SE, Suite B, Washington, DC 20003-3629; that I am 42 years of age, Date of Birth 12/1/64; and that I am not a party to this action.

The cost of service is $50.00

I declare under the penalty of perjury under the laws of the United States of America that the foregoing information is true and correct. Executed on March 12, 2007.

Date March 12, 2007.

_____
Alex M. Hernandez


WASHINGTON, THE DISTRICT OF COLUMBIA
Subscribed and sworn to before me on March 12, 2007.

_____
My Commission Expires: 10-31-2011

MAYER-WHITTINGTON
NANCY M.
2007 MAR 15 PM 3:19
DISTRICT OF COLUMBIA
U.S. DISTRICT COURT
RECEIVED

Ref.# 75866

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

BRENT W. SINGLETON

V.

DEPARTMENT OF THE ARMY, ETAL

SUMMONS IN A CIVIL CASE

CASE NUMBER 1:07CV00303

JUDGE: Ellen Segal Huvelle

DECK TYPE: Civil Rights (non-employm

DATE STAMP: 02/8/2007

TO: (Name and address of Defendant)

**U.S. ATTORNEY GENERAL**
**D.O.J.**
**950 PENNSYLVANIA AVE. NW**
**WASHINGTON, D.C. 20530**

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF PRO SE (name and address)

BRENT W. SINGLETON
22711 CARTER MOIR LANE
KATY, TEXAS 27449

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON
CLERK

FEB - 8 2007
DATE

(By) DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

Brent W. Singleton
Plaintiff(s)

Case Number: 1:07CV00303 ESH

vs

Department of the Army et al
Defendant(s)

## AFFIDAVIT OF SERVICE

I, Alex M. Hernandez, hereby certify that on March 8, 2007 at 2:32 PM, I executed service of process upon **JOSEPH FETTERMAN, LIEUTENANT COLONEL, ACTING CHIEF, AUTHORIZED TO ACCEPT SERVICE OF DEPARTMENT OF THE ARMY** at 901 N. Stuart Street, Suite 400, Arlington, VA 22203, by delivering to and leaving with personally, copies of Summons in a Civil Case, Notice of right to Consent to Trial Before a United States Magistrate Judge, Complaint, Initial Electronic Case Filing Order, Electronic Case Files Attorney/Participant Registration Form.

Joseph Fetterman is described as a White Male, approximately 5' 9" tall, 170-180 pounds, Brown eyes, Grey hair, and 47 years of age. The undersigned further certifies that my place of business is: 808 L Street SE, Suite B, Washington, DC 20003-3629; that I am 42 years of age, Date of Birth 12/1/64; and that I am not a party to this action.

The cost of service is $50.00

I declare under the penalty of perjury under the laws of the United States of America that the foregoing information is true and correct. Executed on March 12, 2007.

Date March 12, 2007.

_____
Alex M. Hernandez

WASHINGTON, THE DISTRICT OF COLUMBIA
Subscribed and sworn to before me on March 12, 2007.

_____
My Commission Expires: 10-31-2011

Ref.# 75864

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

BRENT W. SINGLETON
V.

DEPARTMENT OF THE ARMY, ET AL

**SUMMONS IN A CIVIL CASE**

CASE NUMBER 1:07CV00303

JUDGE: Ellen Segal Huvelle

DECK TYPE: Civil Rights (non-employm

DATE STAMP: 02/8/2007

TO: (Name and address of Defendant)
DEPARTMENT OF THE ARMY
101 PENTAGON
W.D.C. 20310
ROOM # 3E560

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF PRO SE ▓▓▓ (name and address)

BRENT W. SINGLETON
22711 CARTER NOIR LANE
KATY, TEXAS 77449

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON
CLERK

FEB - 8 2007
DATE

(By) DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

Brent W. Singleton
Plaintiff(s)

Case Number: 1:07CV00303 ESH

vs

Department of the Army et al
Defendant(s)

## AFFIDAVIT OF SERVICE

I, Alex M. Hernandez, hereby certify that on March 7, 2007 at 2:59 PM, I executed service of process upon **THERISKA JETER, PROGRAM ANALYST, AUTHORIZED TO ACCEPT SERVICE OF DEPARTMENT OF VETERANS AFFAIRS** at 810 Vermont Ave NW, Washington, DC 20420, by delivering to and leaving with personally, copies of Summons in a Civil Case, Notice of right to Consent to Trial Before a United States Magistrate Judge, Complaint, Initial Electronic Case Filing Order, Electronic Case Files Attorney/Participant Registration Form.

Theriska Jeter is described as a Black Female, approximately 5' 5" tall, 190-200 pounds, Brown eyes, Black hair, and 45-50 years of age. The undersigned further certifies that my place of business is: 808 L Street SE, Suite B, Washington, DC 20003-3629; that I am 42 years of age, Date of Birth 12/1/64; and that I am not a party to this action.

The cost of service is $50.00

I declare under the penalty of perjury under the laws of the United States of America that the foregoing information is true and correct. Executed on March 12, 2007.

Date March 12, 2007.

Alex M. Hernandez

WASHINGTON, THE DISTRICT OF COLUMBIA
Subscribed and sworn to before me on March 12, 2007.

My Commission Expires: 10-31-2011

Ref.# 75865

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Brent W. Singleton
V.

Department of the Army, et al

**SUMMONS IN A CIVIL CASE**

CASE NUMBER  1:07CV00303

JUDGE: Ellen Segal Huvelle

DECK TYPE: Civil Rights (non-employm

DATE STAMP: 02/8/2007

TO: (Name and address of Defendant)
Department of Veteran Affairs
810 Vermont Ave. N.W.
W.D.C. 20420

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF PRO SE (name and address)

Brent W. Singleton
22711 Carter Moir Lane
Katy, Texas 77449

an answer to the complaint which is served on you with this summons, within _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON    FEB - 8 2007
CLERK                       DATE

(By) DEPUTY CLERK