IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BRENT W. SINGLETON,**<br>22711 Carter Moir Ln.<br>Katy, TX 77449<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>**DEPARTMENT OF THE ARMY**<br>101Pentagon, Rm 3E560<br>Wa D.C. 20310-0101, and<br>**DEPARTMENT OF VETERAN AFFAIRS,**<br>810 Vermont N.W.<br>Wa D.C. 20420<br>Federal Government Agencies<br><br>　　　　　　　**Defendants.** | Civil Action No. 07-0303 (ESH) |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Steven M. Ranieri, Special Assistant U.S. Attorney, as counsel of record for the defendants in the above-captioned case.

Respectfully submitted,

_____/s/_____
STEVEN M. RANIERI
Special Assistant U.S. Attorney
555 Fourth St., N.W.
Room E4408
Washington, D.C.  20530
(202) 353-9895

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing was served by First-Class mail, postage prepaid to:

BRENT W. SINGLETON
22711 Carter Moir Lane.
Katy, TX 77449

on this _____ day of March, 2007.

                                                _____/s/_____
                                                STEVEN M. RANIERI
                                                Special Assistant U.S. Attorney
                                                555 Fourth St., N.W.
                                                Room E4408
                                                Washington, D.C.  20530
                                                (202) 353-9895