**RECEIVED**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MAY 1 7 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

|  |  |
|---|---|
| BRENT W. SINGLETON,<br>22711 Carter Moir Ln.<br>Katy, TX 77449 | ) <br> ) <br> ) <br> ) |
| Plaintiff, | ) <br> ) <br> ) |
| v. | )  Civil Action No. 07-0303 (ESH) |
| DEPARTMENT OF THE ARMY<br>101 Pentagon, Rm 3E560<br>Wa D.C. 20310-0101, and<br>DEPARTMENT OF VETERAN AFFAIRS,<br>810 Vermont N.W.<br>Wa D.C. 20420<br>Federal Government Agencies | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |
| Defendants. | ) <br> ) <br> ) |

MOTION TO USE(ECF)SYSTEM

THE CLERK OF THE COURTS WILL PLEASE ENTER THE MOTION TO
USE(ECF)SYSTEM IN PURSUANT TO LOCAL RULE(5.4)

Respectfully Submitted by

Brent Singleton
22711 CarterMoir Ln.
KATY,Tx. 77449
(281)-347-6649