IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**RECEIVED**

JUN 1 4 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

BRENT W. SINGLETON )
22711 Carter Moir La )
Katy, TX 77449 )
)
            Plaintiff, )
)   Civil Action No. 07-0303 (ESH)
vs. )
)
DEPARTMENT OF THE ARMY )
DEPARTMENT OF VETERAN AFFAIRS )
)

## Motion to Procede to Trail
## Response To Court Order Filed
## May 9, 2007

Come Now Plaintiff, Brent W. Singleton hereby Move to procede to Trail, IN pursuant to Local Rule 7(A) Court may order Reply-unless Def. has to Respond to Plaintiff's Allegation

IN Response to order 9 May 07 Plaintiff move Court to Procede to Trail for when defendant bring a Counter Claim against Plaintiff ; (David v Crompton & Knowles); stat of Limits has run out and Defense want to Amend

Page 1 of 2

Respectfully Submitted by
BRENT W. SINGLETON

*[signature]*

11 JUNE 2007

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served by First-Class mail, postage prepaid to:

STeVeN RANFerI (SFEC Ast - US, AK)
555 4th St NW Rm E4408
WA, D.C. 20001-2733

on this 11 day of JUNE, 2007