**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **BRENT W. SINGLETON,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) **Civil Action No.  07-0303 (AK)** |
| | ) |
| **DEPARTMENT OF THE ARMY,** | ) |
| **DEPARTMENT OF VETERANS AFFAIRS,** | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Brian C. Baldrate, Special

Assistant U.S. Attorney, as counsel of record for the defendants in the above-captioned case, and

withdraw the appearance of Special Assistant United States Attorney Steven M. Ranieri.

Respectfully submitted,


_____/s/_____
BRIAN C. BALDRATE
Special Assistant U.S. Attorney
555 Fourth St., N.W.
Room E4408
Washington, D.C.  20530
202-353-9895  / FAX 202-514-8780

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served by First-Class mail; postage

prepaid to:

BRENT W. SINGLETON
22711 Carter Moir Lane
Katy, Texas 77449

on this _____ day of August, 2007.


_____/s/_____
BRIAN C. BALDRATE
Special Assistant U.S. Attorney
555 Fourth St., N.W.
Room E4408
Washington, D.C.  20530
202-353-9895  / FAX 202-514-8780