UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BRENT W. SINGLETON,

          Plaintiff,

  v.

DEPARTMENT OF THE ARMY,
DEPARTMENT OF VETERAN AFFAIRS,

          Defendants.

Civil Action No. 07-303 (AK)

### ORDER

Pending before this Court is Defendants' Motion to Dismiss, or in the alternative, Motion for More Definite Statement [4] and Plaintiff's "Motion to Procede [sic] to Trail [sic] / Response to Court Order Filed May 9, 2007" [8], which the Court construes as an opposition to Defendants' Motion. For the reasons set forth in the accompanying Memorandum Opinion, the Court has determined that Defendant's Motion to Dismiss [4] shall be **GRANTED**.

Accordingly it is this 6th day of September, 2007 hereby

**ORDERED** that Plaintiff's retirement, disability, back pay and medical malpractice claims are **dismissed with prejudice**, and it is further

**ORDERED** that Plaintiff's other claims are **dismissed without prejudice** and Plaintiff is granted leave to re-file any remaining timely claims against these defendants within 30 days and is ordered to provide Defendants with a more specific description of these allegations.

                                                      /s/
                                             ALAN KAY
                                             UNITED STATES MAGISTRATE JUDGE